## (December 7, 1939.)

In the Matter of the Application of MILSOM M. BASSETT and JOHN J. PENSKY, Petitioners, for an Order of Review against ALBERT CONWAY, Justice of the Supreme Court, Presiding over Extraordinary Trial Term of Erie County, Respondent.— Determination of the respondent adjudging petitioners in criminal contempt of court confirmed and proceedings dismissed on the merits, without costs. Memorandum: On an examination of the record before us we have reached the conclusion that the evidence was sufficient to authorize the presiding justice to adjudge the petitioners guilty of criminal contempt as found by the trial justice under the specification contained in the affidavit of the special assistant district attorney upon which the proceeding was instituted. We do not find error of fact or law in the conduct of the proceeding or the rulings of the trial justice. All concur. (Proceeding to review contempt of court order.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of ROBERT E. WHITESIDE, Petitioner, for an Order of Review against ALBERT CONWAY, Justice of the Supreme Court, Presiding over Extraordinary Trial Term of Erie County, Respondent.— Determination of the respondent adjudging petitioner in criminal contempt of court confirmed and proceeding dismissed on the merits, without costs. Memorandum: On an examination of the record before us we have reached the conclusion that the evidence was sufficient to authorize the presiding justice to adjudge the petitioner guilty of criminal contempt as found by the trial justice under the specification contained in the affidavit of the special assistant district attorney upon which the proceeding was instituted. We do not find error of fact or law in the conduct of the proceeding or the rulings of the trial justice. All concur. (Proceeding to review contempt of court order.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Application of JOHN J. GORMAN, Petitioner, for an Order of Review against ALBERT CONWAY, Justice of the Supreme Court, Presiding over Extraordinary Trial Term of Erie County, Respondent.— Determination of the respondent adjudging petitioner in criminal contempt of court confirmed and proceeding dismissed on the merits, without costs. Memorandum: On an examination of the record before us we have reached the conclusion that the evidence was sufficient to authorize the presiding justice to adjudge the petitioner guilty of criminal contempt as found by the trial justice under the specifications contained in the affidavit of the special assistant district attorney upon which the proceeding

930

was instituted.   We do not find error of fact or law in the conduct of the proceeding: or the rulings of the trial justice.   All concur.   (Proceeding to review contempt. of court order.)   Present — Sears, P. J., Crosby, Lewis, Cunningham and Tay-- lor, JJ.

### (December 27, 1939.)